NINA SHAHIN, CPA, MAS, MST
103 SHINNECOCK RD. DOVER, DE 19904
Tel. (302) 678-1805
Fax (302) 678-0219
**E-mail: nshahin@comcast.net**

---

**February 21, 2008**

**UNITED STATES DISTRICT COURT**
**District of Delaware**
844 King Street
Wilmington, DE 19801

**Attn.: Office of the Clerk**
**Peter T. Dalleo, Clerk**

**RE: Case Nos. 07-641 and 07-643**

Dear Mr. Dalleo:

To comply with your request dated 02/12/2008 I attach herewith two Marshal Forms 285 that addressed to the Attorney General of the state of Delaware in the above-mentioned cases.

I hope that these forms will complete the filing requirements for the cases.

Sincerely,

N. Shahin

**Nina Shahin, CPA**

**Attachments: 1. Form USM-285 for the case 07-641** GMS/LPS
**2. Form USM-285 for the case 07-643** GMS/LPS



Misericordia
NSF Young Scholars Program
Explorations in Mathematics and Biology

Nina Shahin, CPA, MAS, MST
103 Shinnecock Rd.
Dover, DE 19904




7005 1820 0000 1377 2595







RETURN RECEIPT REQUESTED

**UNITED STATES DISTRICT COURT**
**District of Delaware**
844 King Street
Wilmington, DE 19801

**Attn.: Office of the Clerk**
**Peter T. Dalleo, Clerk**