OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 27, 2008

TO:

**Nina Shahin**
103 Shinnecock Road
Dover, DE 19904

    **RE:  U.S. Marshal 285 Forms**
    *Civ. No.* 07-641 & 07-643

Dear Ms. Shahin:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced cases.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/rwc                                           PETER T. DALLEO
                                                  CLERK

cc:  The Honorable Gregory M. Sleet
     U.S. Marshal
     Pro Se Law Clerk