UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-641 GMS |
| ) | |
| STATE OF DELAWARE, and ) | |
| DEPARTMENT OF TRANSPORTATION, ) | |
| ) | |
| Defendants. ) | |

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS
STATE OF DELAWARE AND DEPARTMENT OF TRANSPORTATION TO
PLAINTIFF'S COMPLAINT

NOW COME Defendants the State of Delaware and the Department of Transportation ("State Defendants") by and through undersigned counsel, and hereby Answer the Complaint and state:

1. Paragraph No. 1 calls for a legal conclusion to which no response is required.

2. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 2 and therefore deny same.

3. Admitted only that the principal place of business for State Defendant Department of Transportation is located at 800 Bay Road, Dover, Delaware 19901.

4. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 4 and therefore deny same.

5. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 5 and therefore deny same.

6. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 6 and therefore deny same.

7. Paragraph No. 7 is a statement to which no response is required.

8. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 8 and therefore deny same.

9. Admitted only that Plaintiff applied for, but was not interviewed for, the position of Accountant at the Department of Transportation in 2006, and that she was not offered the position. The remainder of the averment is denied. She failed repeatedly to respond to calls for an interview. The Department interviewed others for the position, and made its selection from those who responded to the interview requests.

10. Denied as alleged.

11. Paragraph No. 11 is a request for relief by Plaintiff to which no response is required.

### FIRST AFFIRMATIVE DEFENSE

12. Plaintiff lacks standing to raise the claim alleged and/or lacks injury in fact.

### SECOND AFFIRMATIVE DEFENSE

13. The Complaint fails to state any claim upon which relief sought may be granted.

### THIRD AFFIRMATIVE DEFENSE

14. Plaintiff failed to exhaust her administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE

15. This Court lacks jurisdiction over the subject matter of Plaintiff's action.

### FIFTH AFFIRMATIVE DEFENSE

16. Plaintiff has no property interest or other right that is subject to protection in this action.

### SIXTH AFFIRMATIVE DEFENSE

17. Plaintiff's claims are barred by sovereign immunity.

### SEVENTH AFFIRMATIVE DEFENSE

18. Plaintiff's claims are barred by Eleventh Amendment immunity.

### EIGHTH AFFIRMATIVE DEFENSE

19. Plaintiff's claims are barred by absolute immunity or qualified immunity.

### NINTH AFFIRMATIVE DEFENSE

20. Plaintiff's claims are not ripe for adjudication.

WHEREFORE, State Defendants pray that:

1. Plaintiff's case be dismissed in its entirety;

2. State Defendants recover and receive any and all other relief to which they may be entitled.

                Respectfully submitted,
                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                */s/ Frederick H. Schranck*
                Frederick H. Schranck (DE I.D. #925)
                Deputy Attorney General
                800 Bay Rd., P.O. Box 778
                Dover, DE 19903
                (302) 760-2020

                */s/ Laura L. Gerard*
                Laura L. Gerard (DE I.D. #3202)
                Deputy Attorney General
                820 North French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                Attorneys for State of Delaware and
                Department of Transportation

Dated: April 11, 2008

**CERTIFICATE OF SERVICE**

     I hereby certify that on 4/11/2008, I electronically filed the attached Answer and Affirmative Defenses of State Defendants State of Delaware, Department of Transportation to Plaintiff's Complaint, with the Clerk of Court using CM/ECF and mailed by United States Postal Service, the document(s) to the following non-registered participants:

<u>By U.S. Mail, first class (2 copies)</u>:
Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

                                      */s/ Laura L. Gerard*
                                      Laura L. Gerard (DE I.D. #3202)
                                      Deputy Attorney General
                                      820 North French Street, 6th Floor
                                      Wilmington, DE 19801
                                      (302) 577-8400
                                      Attorney for State of Delaware and
                                      Department of Transportation

Dated:  April 11, 2008