**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-641 GMS |
| | ) | |
| STATE OF DELAWARE, and | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Frederick H.

Schranck on behalf of Defendants State of Delaware and Department of Transportation,

in the above captioned action. This Entry of Appearance is not a waiver of any

jurisdictional defects or defects in service upon the State Defendants. The State

Defendants specifically reserve the right to raise any jurisdictional, service or statute of

limitations defenses which may be available.

Respectfully submitted,
STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Frederick H. Schranck*
Frederick H. Schranck (DE I.D. #925)
Deputy Attorney General
800 Bay Rd., P.O. Box 778
Dover, DE 19903
(302) 760-2020
Attorneys for State of Delaware and
Department of Transportation

Dated:  4/11/2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on  4/11/2008, I electronically filed the attached Entry of Appearance of State Defendants State of Delaware, Department of Transportation, with the Clerk of Court using CM/ECF and mailed by United States Postal Service, the document(s) to the following non-registered participants:

By U.S. Mail, first class (2 copies):
Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Frederick H. Schranck*
Frederick H. Schranck (DE I.D. #925)
Deputy Attorney General
800 Bay Rd., P.O. Box 778
Dover, DE 19903
(302) 760-2020

Dated:  4/11/2008