UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-641 GMS |
| | ) | |
| STATE OF DELAWARE, and | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Laura L. Gerard on behalf of Defendants State of Delaware and Department of Transportation, in the above captioned action. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

Respectfully submitted,
STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Laura L. Gerard*
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorneys for State of Delaware and
Department of Transportation

Dated: April 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, I electronically filed the attached Entry of Appearance of State Defendants State of Delaware, Department of Transportation, with the Clerk of Court using CM/ECF and mailed by United States Postal Service, the document(s) to the following non-registered participants:

By U.S. Mail, first class (2 copies):
Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    */s/ Laura L. Gerard*
    Laura L. Gerard (DE I.D. #3202)
    Deputy Attorney General
    820 N. French St., 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorneys for State of Delaware and
    Department of Transportation

Dated: April 11, 2008